**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ALEXANDRA SIMS                                                        PLAINTIFF

v.                                    No. 4:13CV00371 JLH

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                              DEFENDANT

## ORDER

Alexandra Sims has filed a motion for sanctions for failure to attend a Rule 30(b)(6) deposition and violation of a previous discovery order entered by the Court, as well as a motion to compel production of documents before April 2 and a motion to deem requests for admission admitted.  Discovery in this case is proceeding in conjunction with discovery in *Richard K. Toland v. State Farm Mutual Automobile Insurance Company*, E.D. Ark. No. 2:12CV00044 JM.  A similar motion was filed in the *Toland* action, and Judge Moody denied the request for sanctions but provided that the plaintiff may take the deposition of the defendant's Rule 30(b)(6) witness and may explore document retention issues at that time.  The undersigned agrees with Judge Moody that sanctions are not warranted and orders that the plaintiff may take the deposition of the defendant's Rule 30(b)(6) witness and may explore document retention issues at that time.  The defendant in a lengthy response indicates that all of the discoverable documents have already been produced.  The motion filed by Alexandra Sims is therefore DENIED.  Document #35.

IT IS SO ORDERED this 26th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE